JOHN WALSH, as Administrator of the Estate of FRANK WALSH, Deceased, Appellant, *v.* ADRIAN H. JOLINE et al., as Receivers of the NEW YORK CITY RAILWAY COMPANY, Respondents.

*Walsh* v. *Joline*, 149 App. Div. 945, affirmed.
(Argued May 15, 1913; decided June 3, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 3, 1912, affirming a judgment in favor of defendants entered upon a verdict directed by the court in an action to recover for the death of plaintiff's intestate, alleged to have been occasioned through the negligence of defendants.

*Robert R. Reed* for appellant.

*Bayard H. Ames* and *John Montgomery* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK and HOGAN, JJ. Not sitting: MILLER, J.